[L. A. No. 10624. In Bank.—March 30, 1931.]

THE PACIFIC TELEPHONE AND TELEGRAPH COM-
PANY (a Corporation), Respondent, v. COUNTY OF
LOS ANGELES, Appellant.

Everett W. Mattoon, County Counsel, and W. Sumner
Holbrook, Jr., Deputy County Counsel, for Appellant.

Pillsbury, Madison & Sutro and Lawler & Degnan for Re-
spondent.

THE COURT.—This is one of the cases consolidated on
appeal with *Southern California Telephone Co.* v. *County of
Los Angeles* (L. A. No. 10625), *ante,* p. 121 [298 Pac. 9],
the opinion in which was this day filed.    On the au-
thority of that decision, the judgment is reversed.

[L. A. No. 10626. In Bank.—March 30, 1931.]

SOUTHERN CALIFORNIA TELEPHONE COMPANY (a
Corporation), Respondent, v. COUNTY OF LOS AN-
GELES, Appellant.

Everett W. Mattoon, County Counsel, and W. Sumner Holbrook, Jr., Deputy County Counsel, for Appellant.

Pillsbury, Madison & Sutro and Lawler & Degnan for Respondent.

THE COURT.—This is one of the cases consolidated on appeal with *Southern California Telephone Co.* v. *County of Los Angeles* (L. A. No. 10625), *ante,* p. 121 [298 Pac. 9], the opinion in which was this day filed. ▉ On the authority of that decision the judgment is reversed.

[L. A. No. 10627. In Bank.—March 30, 1931.]

SOUTHERN CALIFORNIA TELEPHONE COMPANY (a Corporation), Respondent, v. COUNTY OF LOS ANGELES, Appellant.

Everett W. Mattoon, County Counsel, and W. Sumner Holbrook, Jr., Deputy County Counsel, for Appellant.

Pillsbury, Madison & Sutro and Lawler & Degnan for Respondent.